

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Matthew J. Dykman
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

July 29, 2016

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *(NM Department of Game and Fish v. US Department of the Interior et al) (USDC # CV 16-462 WJ/KBM)*

Dear Ms. Shumaker,

    A Notice of Appeal was filed in the above referenced case. Enclosed is the preliminary record which consists of the Notice of Appeal filed July 28, 2016, Order of Preliminary Injunction and Memorandum Opinion and Order, filed June 10, 2016, and a copy of the docket entries.

    The docket and appeal fee has been

( X )   Paid

(   )   Paid in part

(   )   Not paid

(   )   Waived

    Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

Sincerely,

Matthew J. Dykman, Clerk of Court